**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MARIA LANGILLE,

      Plaintiff,

v.                                                                                          Case No.   3:17-cv-1425-J-34MCR

CREDIT ONE BANK, N.A.,

      Defendant.

_____

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on the Joint Stipulation Dismissing and Referring

Case to Arbitration (Dkt. No. 10; Stipulation) filed on February 13, 2018.   In the Stipulation,

the parties request that this case be referred to arbitration and dismissed.   See Stipulation

at 1.   Accordingly, it is hereby

      **ORDERED:**

      1.      The parties are directed to arbitrate this matter pursuant to the cardholder

             agreement, and this case is **REFERRED** to arbitration so that they may do

             so.

      2.      This case is **DISMISSED**.

3.      The Clerk of the Court is directed to terminate all pending motions and close

the file.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of February, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record